| | |
|---|---|
| JAMES J. FOSTER | IVO LABAR (203492) |
| jfoster@princelobel.com | labar@kerrwagstaffe.com |
| AARON S. JACOBS (CA No. 214953) | MARIA RADWICK (253780) |
| ajacobs@princelobel.com | radwick@kerrwagstaffe.com |
| PRINCE LOBEL TYE LLP | KERR & WAGSTAFFE LLP |
| One International Place, Suite 3700 | 101 Mission Street, 18th Floor |
| Boston, MA 02110 | San Francisco, CA 94105–1727 |
| Telephone: 617-456-8000 | Telephone: (415) 371-8500 |
| Facsimile: 617-456-8100 | Fax: (415) 371-0500 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant, |
| UNILOC USA, INC. | LOGITECH INC. |
| and UNILOC LUXEMBOURG, S.A. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al., | Case No. 3:17-cv-06733-WHA |
| | (Lead Case) |
| Plaintiff(s), | |
| | Case No. 3:18-cv-00359-WHA |
| | Case No. 3:18-cv-00360-WHA |
| vs. | Case No. 3:18-cv-00363-WHA |
| | Case No. 3:18-cv-00365-WHA |
| LOGITECH, INC., | Case No. 3:18-cv-00572-WHA |
| APPLE INC., | |
| Defendant(s). | **UNILOC AND LOGITECH'S STIPULATION OF DISMISSAL OF CASE NO. 3:17-cv-06733** |
| | **F.R.C. P. 41(a)(1)(A)(ii) (Voluntary Dismissal Without Court Order)** |

**STIPULATION OF DISMISSAL**

1

2980840.v1

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. ("Uniloc"), and Defendant Logitech Inc. ("Logitech"), through their counsel of record that the above-captioned action, Case No. 3:17-cv-06733-WHA, including Uniloc's Complaint for Patent Infringement and Logitech's Counterclaim for Declaratory Judgment of Invalidity, be, and hereby is, dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorney's fees.

Date:  June 21, 2018            Respectfully submitted,

*/s/ Aaron S. Jacobs*
James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

ATTORNEYS FOR THE PLAINTIFFS

*/s/ Ivo Labar*
Ivo Labar
Maria Radwick
Kerr & Wagstaffe LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
(415) 371-8500 telephone
(415) 371-0500 facsimile
labar@kerrwagstaffe.com
radwick@kerrwagstaffe.com

ATTORNEYS FOR DEFENDANT LOGITECH INC.

## **ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Date:  June 21, 2018             Respectfully submitted,

*/s/ Aaron S. Jacobs*
James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

ATTORNEYS FOR THE PLAINTIFFS

**3**
**STIPULATION OF DISMISSAL**

2980840.v1